# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JONATHON RICHARDSON AND § | |
| BRITTANY RICHARDSON, § | |
| INDIVIDUALLY AND AS LEGAL HEIRS § | |
| TO THE ESTATE OF M.B.R., § | |
| A DECEASED MINOR; AND AS NEXT § | |
| FRIENDS TO B.S.R., A MINOR, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00539 |
| § | |
| TOYOTA MOTOR CORPORATION, § | |
| § | |
| Defendant. § | |

## NOTICE REGARDING SCHEDULING CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's standing order, Plaintiffs state the parties have all appeared, there are no pending motions before the Court, and the Parties are ready to proceed with the scheduling conference.

Respectfully submitted,

**The TRACY firm**

 /s/ Stewart D. Matthews
E. Todd Tracy (Lead Counsel)
State Bar No. 20178650
etoddtracy@vehiclesafetyfirm.com
Stewart D. Matthews
State Bar No. 24039042
smatthews@vehiclesafetyfirm.com
Andrew G. Counts
State Bar No. 24036408
acounts@vehiclesafetyfirm.com
5473 Blair Road, Suite 200
Dallas, Texas 75231
(214) 324-9000 Phone
(972) 387-2205 Fax

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record on this 10th day of January, 2014.


 /s/ Stewart D. Matthews
E. Todd Tracy
Stewart D. Matthews
Andrew G. Counts