**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JONATHON RICHARDSON AND BRITTANY RICHARDSON, INDIVIDUALLY AND AS LEGAL HEIRS TO THE ESTATE OF M.B.R., A DECEASED MINOR; AND AS NEXT FRIEND TO B.S.R., A MINOR, | § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:13-CV-00539 |
| TOYOTA MOTOR CORPORATION, | § § § | |
| Defendant. | § | |

**AGREED MOTION TO RESCHEDULE THE
MARCH 28, 2014 SCHEDULING CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Defendant Toyota Motor Corporation (TMC), Defendant in the above-styled and numbered cause, and files this Agreed Motion to Reschedule the March 28, 2014 Scheduling Conference and, for such, would respectfully show the Court the following:

1. On March 5, 2014, the parties received the Court's Notice of Scheduling Conference, Proposed Deadlines for Docket Control Order and Discovery Order, setting the Scheduling Conference for March 28, 2014, at 1:30 p.m.

2. TMC's counsel all have conflicts with the ordered March 28, 2014 date, which prevent counsel from attending the Scheduling Conference.

3. TMC's counsel has spoken with Plaintiffs' counsel regarding this matter, and counsel is agreeable to moving the Scheduling Conference.

4.      Upon inquiry with the Court, the Court appears to be available on April 4, 2014, at 10:00 a.m. for a Scheduling Conference.  TMC respectfully requests the Scheduling Conference be rescheduled to that date.

5.      The rescheduling of the March 28, 2014 Scheduling Conference is not sought for delay.

WHEREFORE, PREMISES CONSIDERED, Defendant Toyota Motor Company respectfully request the Scheduling Conference be rescheduled to April 4, 2014, at 10:00 a.m.

Respectfully submitted,

**The TRACY Firm**

*/s/ E. TODD TRACY*
**E. TODD TRACY – Lead Counsel**
State Bar No. 20178650
etoddtracy@vehiclesafetyfirm.com
**STEWART D. MATTHEWS**
State Bar No. 24039042
smatthews@vehiclesafetyfirm.com
**ANDREW G. COUNTS**
State Bar No. 24036408
accounts@vehiclesafetyfirm.com

5473 Blair Road, Suite 200
Dallas, TX 75231
Telephone    (214) 324-9000
Telecopier    (972) 387-2205

**ATTORNEYS FOR PLAINTIFFS**

**BOWMAN AND BROOKE LLP**

*/S/ KURT C. KERN*
**KURT C. KERN – Lead Counsel**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**DAVID P. STONE**
State Bar No. 19289060
david.stone@bowmanandbrooke.com
**TANYA B. SCARBROUGH**
State Bar No. 24049268
tanya.scarbrough@bowmanandbrooke.com
**AMANDA R. MCKINZIE**
State Bar No. 24088028
amanda.mckinzie@bowmanandbrooke.com

2501 N. Harwood Street, Suite 1700
Dallas, TX 75201
Telephone:   972.616.1700
Telecopier:   972.616.1701

**ATTORNEYS FOR DEFENDANT
TOYOTA MOTOR CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 13th day of March, 2014.

*/S/ KURT C. KERN*